UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROSIE VERTISON  PLAINTIFF

VS.  CIVIL ACTION NO. 4:11-CV-118-WAP-JMV

AMERICAN SNUFF COMPANY, LLC;
SWEDISH MATCH NORTH AMERICA, INC.;
and SMOKELESS TOBACCO COUNCIL, INC.  DEFENDANTS

ORDER

Before the court is the defendants' ore tenus motion for additional time to respond to the complaint. The court being advised that the plaintiff is unopposed, finds the motion is well-taken. Accordingly, the defendants are hereby granted an extension to and including January 13, 2012, to serve their answers to the complaint herein and assert any appropriate affirmative and Rule 12(b) defenses.

SO ORDERED, this the 18th day of November, 2011.

/s/ Jane M. Virden
U.S. Magistrate Judge

AGREED:

/s/Lee Bowie
Attorney for plaintiff

/s/ Lewis W. Bell
Attorney for American Snuff Company, LLC and
signing of behalf of all properly joined and served
defendants